**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| GEORGE J.R., Sr. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| | : | |
| FRANK BISIGNANO, | : | |
| Commissioner of the Social Security | : | |
| Administration, | : | |
| Defendant | : | NO.  25-3048 |

## <u>ORDER</u>

**AND NOW**, this 13th day of March 2026, for the reasons contained in the court's Memorandum of today, it is hereby **ORDERED** that Plaintiff's request for review (Document No. 9) is **GRANTED**, as follows:

1. The case is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

2. The Commissioner shall not discontinue Plaintiff's DIB and SSI, which have been previously awarded as of March 11, 2019.

3. Upon remand, the ALJ shall propound a hypothetical question to a vocational expert that explicitly includes Dr. Jennifer Wilson's opinion that, during the relevant time period, Plaintiff could only stand and walk for two hours in an eight-hour workday.

**BY THE COURT**:


_/s/ Carol Sandra Moore Wells_____
CAROL SANDRA MOORE WELLS
United States Magistrate Judge